LORENZO DWAYNE JONES
SPN# 00406866
CELL: 2-F-1
1200 BAKER ST.

TDCJ-ID
SID NUMBER - 02926020
DATE: 7-13-15

P.1

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 16 2015

Abel Acosta, Clerk

CAUSE NO. 138,8256-A

NO. 14-13-001122-CR

COUNTY COURT: 184 TH

TRIAL JUDGE: HONORABLE LESLIE BROCK-YATES


NOTICE COMPLAINT FILED ON DECEMBER 16 TH 2013
UNITED STATES DISTRICT CLERK'S OFFICE
P.O. BOX 61010 HOUSTON, TEXAS 77208-1010
HONORABLE SIM LAKE, PRESIDING
DAVID J. BRADLEY, CLERK
LORENZO DWAYNE JONES V. WILLIAM STEPHENS, DIRECTOR
TDCJ-CID THE CASE NUMBER IS 4:13-CV-03673
NATURE OF THE CLAIM IS HABEAS CORPUS NOS: 530
LORENZO DWAYNE JONES V. OFFICER M. MARSH THE
CASE NUMBER IS 4:13-CV-03672 NATURE OF THE
CLAIM CIVIL RIGHTS NOS: 550


   A BILL WAS PASSED THAT CODIFIED THE RULE OF
LENITY, AN ESSENTIAL AND LONG-HELD DOCTRINE THAT
REQUIRES A JUDGE TO CONSTRUE OBJECTIVELY
AMBIGUOUS CRIMINAL STATUTES IN FAVOR OF THE
DEFENDANT, WITH THE PROLIFERATION OF CRIMINAL
OFFENSE FOR BEHAVIOR NEVER BEFORE CRIMINALIZED
AND OFTEN VAGUELY WRITTEN. IT IS IMPORTANT TO GRANT
PROTECTION TO INDIVIDUALS WHO MAY HAVE NEVER
REALIZED THAT THEY WERE COMMITTING A CRIME.

A

IN A NARROW FREE-SPEECH RULING, THE UNITED STATES SUPREME COURT MADE IT A LITTLE HARDER MONDAY JUNE 1ST 2015 TO PROSECUTE PEOPLE FOR MAKING THREATENING STATEMENTS. WHILE STEERING CLEAR OF THE FIRST AMENDMENT, THE COURT IN A 7-2 DECISION REVERSED THE CONVICTION OF A PENNSYLVANIA MAN WHOSE FACEBOOK POSTINGS SEEMED THREATENING TO HIS ESTRANGED WIFE. THE COURT SAID PROSECUTORS NEEDED TO PROVE THAT THE SPEAKER HAD SOME AWARENESS THAT HE WAS DOING SOMETHING WRONG. FEDERAL CRIMINAL LIABILITY GENERALLY DOES NOT TURN SOLELY ON THE RESULTS OF AN ACT WITHOUT CONSIDERING THE DEFENDANTS MENTAL STATE, CHIEF JUSTICE JOHN ROBERTS JR. WROTE. WRONGDOING MUST BE CONSCIOUS TO BE CRIMINAL. THE REASONING IN ROBERT'S MAJORITY OPINION MIGHT HELP OTHERS IN SIMILAR CIRCUMSTANCES. STEVEN R. SHAPIRO, NATIONAL LEGAL DIRECTOR OF THE AMERICAN CIVIL LIBERTIES UNION, PRAISED THE DECISION AS ONE THAT PROPERLY RECOGNIZES THAT THE LAW HAS FOR CENTURIES REQUIRED THE GOVERNMENT TO PROVE CRIMINAL INTENT BEFORE PUTTING SOMEONE IN JAIL. THAT PRINCIPLE IS ESPECIALLY IMPORTANT WHEN A PROSECUTION IS BASED ON A DEFENDANTS WORDS SHAPIRO SAID IN A STATEMENT. ROBERTS NOTED THAT ELONIS CONVICTION WAS PREMISE SOLELY ON

P.3 CONTINUE:

HOW HIS STATEMENT'S POSTED WOULD BE UNDERSTOOD BY A REASONABLE PERSON. ROBERTS SAID THAT WHILE THE REASONABLE PERSON STANDARD WAS A FAMILIAR FEATURE OF CIVIL LIABILITY IN TORT LAW, IT IS INCONSISTENT WITH THE CONVENTIONAL REQUIREMENT FOR CRIMINAL CONDUCT, AWARENESS OF SOME WRONGDOING.

THE UNITED STATES SUPREME COURT IS THE LAW OF THE LAND. "NO ENABLING LEGISLATION IS REQUIRED."

THE UNITED STATES CONSTITUTION STATES THAT CONGRESS SHALL MAKE NO LAW ABRIDGING FREE SPEECH, THE STATE OF TEXAS AND THE LEGISLATIVE BRANCH HAS MADE A LAW ABRIDGING MY RIGHT TO FREE SPEECH.

SINCERELY TRUE

Lorenzo D. Jones